UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RACHEL PEARSON, individually
and as trustee of the Rachel Pearson
Living Revocable Trust,

    Plaintiff,

v.                                      Case No: 8:22-cv-1530-KKM-AEP

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.
_____

## ORDER

    This order follows the Court's examination of this action. Under Title 28, United States Code, Section 455, and Canon 3(C) of the Code of Conduct for United States Judges, I recuse myself from this case because I have a financial interest in the outcome. Accordingly, the Clerk is directed to reassign this case by random draw to another District Judge.

    **ORDERED** in Tampa, Florida, on July 22, 2022.

*[Signature: Kathryn Kimball Mizelle]*

Kathryn Kimball Mizelle
United States District Judge